**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                                   **CRIMINAL ACTION NO. 2:10CR012-P-S**

**MANUEL MORENO-SALAS,**                                        **DEFENDANT.**

**ORDER**

This matter comes before the court upon the defendant's April 9, 2010 motion to waive preparation of a presentence investigation report and proceed to sentencing immediately upon entry of plea of guilty [16]. After due consideration of the motion, the court finds that it should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the defendant's April 9, 2010 motion to waive preparation of a presentence investigation report and proceed to sentencing immediately upon entry of plea of guilty [16] is **DENIED**.

**SO ORDERED** this the 12th day of April, A.D., 2010.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE